# United States Court of Appeals
## For the First Circuit

No. 12-2030

UNITED STATES OF AMERICA,

Appellee,

v.

ROBERTO ENCARNACIÓN-RUIZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on May 28, 2015 is amended as follows:

On page 68, footnote 28, line 1, replace "no" with "not".